UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELAINE ANDERSON,

        Plaintiff,

v.

BERRIEN, COUNTY OF, et al.,

        Defendants.
_____/

Case No. 1:24-cv-1244

Hon. Rober J. Jonker
U.S. District Judge

## **ORDER**

This Order addresses Defendants Warman, Jewell, Kehoe, Scienski, Berrien County, Bailey, Herbert, Will, Cipriano, Boelcke, and Zabal's motion to dismiss (ECF No. 21), Defendants Morrisey and Thomas's motion to dismiss (ECF No. 24), Defendants Morrisey, Thomas, and Washington's motion to dismiss (ECF No. 28), Defendant Cabaltica's motion to dismiss (ECF No. 32), and Defendant Wellpath's motion to dismiss (ECF No. 35).

Plaintiff, acting as the personal representative of the estate of David Cortez Junior Wright, filed suit pursuant to 42 U.S.C. § 1983 on November 20, 2024. (ECF No. 1.)  Plaintiff alleged that the Defendants violated Wright's Eighth and Fourteenth Amendment rights and acted negligently in their care of Wright while he was incarcerated at Berrien County Jail.  (*Id.*)

On December 6, 2024, Defendant Wellpath filed a notice of bankruptcy with the Court as to itself, all of its subsidiaries, and all of its subdivisions.  (ECF No. 5.) On January 21, 2025, the undersigned issued a temporary order of stay in the case

pursuant to the Court's review and consideration of an order of the U.S. Bankruptcy Court for the Southern District of Texas in *In re: Wellpath Holdings, Inc. et al.*, Case No 24-90533 (ARP).  (ECF No. 10, PageID.141.)  The case was administratively closed on January 28, 2025.  (ECF No. 11.)  On May 14, 2025, the stay in the case was lifted for all Defendants in the case, except Wellpath, and the case was reopened.  (ECF No. 19.)  On July 3, 2025, the stay was lifted as to Wellpath.  (ECF No. 41.)

Between May 23, 2025 and June 6, 2025, the Defendants filed the motions to dismiss under consideration here.  (ECF Nos. 21, 24, 28, 32, 35.)  Plaintiff did not respond to the Defendants' motion to dismiss.  On June 6, 2025, the parties filed a stipulation, asking that the Court extend the deadline for the Plaintiff to file an amended complaint to July 14, 2025.  (ECF No. 38.)  The Court issued an order granting the stipulation on June 21, 2025.  (ECF No. 40.)  The Plaintiff filed an Amended Complaint on July 14, 2025.  (ECF No. 42.)  Plaintiff's Amended Complaint is identical to Plaintiff's initial complaint.  (ECF Nos. 1, 42.)  Following the filing of the Plaintiff's Amended Complaint, the Defendants filed a second set of motions to dismiss.  (ECF Nos. 44, 48, 51.)

The undersigned hereby strikes the Defendants' original motions to dismiss – ECF Nos. 21, 24, 28, 32, 35 – as they are moot following the filing of the Plaintiff's amended complaint.

**IT IS SO ORDERED**

2

Dated:  August 6, 2025         /s/ *Maarten Vermaat*
                               MAARTEN VERMAAT
                               U.S. MAGISTRATE JUDGE